# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTON MICHAEL WHITE,<br><br>          Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:13-CV-01706-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Doc. 2) |

By a motion filed October 23, 2013, Plaintiff Kryston Michael White seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and the summons. Plaintiff's attorney is directed to serve Defendant.

IT IS SO ORDERED.

Dated:  __October 30, 2013__          _____ **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28