# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTON MICHAEL WHITE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br><br>　　　　　　　Defendant. | **Case No. 1:13-cv-01706-SMS**<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>**Doc. 17**<br><br>**RESPONSE DUE WITHIN FIFTEEN (15) DAYS** |

　　　On October 23, 2013, Plaintiff Kryston Michael White filed a complaint seeking review of the Commissioner's denial of her application for supplemental security income pursuant to Title XVI, of the Social Security Act (42 U.S.C. § 301 *et seq.*) (the "Act"). On June 4, 2014, Plaintiff's attorney moved for an order relieving her as counsel to Plaintiff, alleging Plaintiff's failure to communicate with counsel to proceed with this action. The Court held two hearings on the motion: Plaintiff did not appear at either hearing.

　　　Accordingly, on September 4, 2014, the Court entered an order permitting Plaintiff's attorney to withdraw from this case. The order directed Plaintiff to notify the Clerk of Court of her new attorney or her election to proceed *in propria persona* within thirty days, and to file her opening brief within 45 days. Although more than 45 days have passed, Plaintiff has neither

named a new attorney, provided notice that she will proceed *in propria persona*, filed an opening brief, nor responded to the Court's order in any other way. .

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order.  Fed. R. Civ. P. 11; Local Rule 110.

Accordingly, the Court hereby ORDERS:

1. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order filed September 4, 2014.

2. The Clerk of Court shall mail one copy of this order and of the Court's September 4, 2014 order (Doc. 17) to Plaintiff's last known address: 5098 East Ashlan Ave., No. 102, Fresno, CA 93727.

3. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **November 21, 2014**              /s/ **Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

2