# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTON MICHAEL WHITE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant. | **Case No. 1:13-cv-01706-SMS**<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Doc. 18 |

    On October 23, 2013, Plaintiff Kryston Michael White filed a complaint seeking review of the Commissioner's denial of her application for supplemental security income pursuant to Title XVI, of the Social Security Act (42 U.S.C. § 301 *et seq.*) (the "Act"). On June 4, 2014, Plaintiff's attorney moved for an order relieving her as counsel to Plaintiff, alleging Plaintiff's failure to communicate with counsel to proceed with this action. The Court held two hearings on the motion: Plaintiff did not appear at either hearing.

    Accordingly, on September 4, 2014, the Court entered an order permitting Plaintiff's attorney to withdraw from this case. The order directed Plaintiff to notify the Clerk of Court of her new attorney or her election to proceed *in propria persona* within thirty days, and to file her opening brief within 45 days. After more than 45 days had passed, Plaintiff had neither named a

new attorney, provided notice that she would proceed *in propria persona*, filed an opening brief, nor responded to the Court's order in any other way.

Accordingly, on November 21, 2014, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute, requiring Plaintiff to respond within fifteen days.  Plaintiff did not respond in any way.

Accordingly, the Court hereby DISMISSES this case for failure to prosecute.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **December 10, 2014**                    **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE